UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LELAND WATKINS, ) | |
| ) | Case No. 2:15-cv-02446-GMN-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| OFFICER FORESBERG, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on Plaintiff Leland Watkin's ("plaintiff") Application to Proceed In Forma Pauperis (doc. # 1), filed December 21, 2015.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, plaintiff must complete an application to proceed in forma pauperis for prisoners, and attach both an inmate account statement for the past six months and a properly executed financial certification. Plaintiff has submitted the application form to proceed in forma pauperis, but fails to include an inmate account statement for the past six months, along with a properly executed financial certification. Because the information provided for review is incomplete, this Court is unable to determine whether plaintiff can afford the filing fee required to pursue the instant action.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Application to Proceed In Forma Pauperis (doc. # 1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **mail** a blank application to plaintiff. Plaintiff shall have until **May 9, 2016** in which to submit a completed application that includes the information discussed in this order, or to pay the $400.00 filing fee. Failure to comply with this order will


result in a recommendation that this case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall retain plaintiff's complaint.

DATED: April 18, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**