**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LELAND WATKINS, ) <br> ) <br>           Plaintiff, ) <br>     vs. ) <br> ) <br> OFFICER FORESBERG, *et al.*, ) <br> ) <br>           Defendants. ) <br> ) | Case No.: 2:15-cv-02446-GMN-CWH <br><br> **ORDER** |

On May 23, 2017, the Court issued an order permitting Leland Watkins ("Plaintiff") to file an amended complaint as to Defendant Officer Foresberg, (ECF No. 14). The Court's Order warned Plaintiff that failure to timely file an amended complaint "shall result in the dismissal with prejudice of Plaintiff's claims against Defendant Officer Foresberg alleging illegal search, lack of evidence, wrongful incarceration, missing property, and emotional stress." (*Id.* 2:2–5). The deadline to file an amended complaint has elapsed and no amended complaint has been filed with the Court.

On June 2, 2017, the Court received notice that the Order was returned by the US Postal Service as undeliverable to Plaintiff at the Clark County Detention Center, (ECF No. 15). Subsequently, the Court re-mailed the Order to Plaintiff at 446 Alta Rd. #5300, San Diego, California, 92158, which was again returned as undeliverable, (ECF No. 16). LR IA 3-1 requires parties to provide written notification of any change of mailing address and that, "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Additionally, pursuant to LR 41-1, the Court may dismiss any action in which more than 270 days have elapsed without any action by the parties. In this case, over 340 days have

passed without any additional activity.

Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's claims against Defendant Officer Foresberg alleging illegal search, lack of evidence, wrongful incarceration, missing property, and emotional stress are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims are **DISMISSED without prejudice**.

The Clerk shall close the case and enter judgment accordingly.

**DATED** this \_\_14\_\_ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court